## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Shiflett v. Scores Holding Co., Inc.**  Docket No.: **14-1594**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Matthew J. Blit, Esq.**

Firm: **Levine & Blit, PLLC**

Address: **350 Fifth Avenue, Suite 3601, New York, NY 10118**

Telephone: **(212) 967-3000**   Fax: **(212) 967-3010**

E-mail: **mblit@levineblit.com**

Appearance for: **Elizabeth Shiftlett, Plaintiff-Appellant**
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: **Justin S. Clark, Esq., Levine & Blit, PLLC** )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: _[signature]_

Type or Print Name: **Matthew J. Blit, Esq.**