# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Shiflett v Scores Holding Co., Inc.    Docket No.: 14-1594

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Neal S. Greenfield, Esq.

Firm: Scores Holding Company Inc.

Address: 617 Eleventh Avenue, New York, NY 10036

Telephone: (212) 246-9090    Fax: (212) 246-0856

E-mail: ngreenfield@scoresholding.com

Appearance for: Scores Holding Company Inc, Defendant-Appellee
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Perry Burkett, Esq, Law Offices of Perry Burkett )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: *Neal S Grnfeld*

Type or Print Name: Neal S. Greenfield, Esq.